# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 27 PM 1:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>UPPER MISSOURI RIVER CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>BOONE CONSTRUCTION CO. and<br>NORTH AMERICAN SPECIALTY<br>INSURANCE COMPANY,<br><br>    Defendants. | No. 04-2980-B-V |

## ORDER GRANTING MOTION TO AMEND

IT APPEARING TO THE COURT THAT plaintiff's motion to amend its complaint to add Magruder Construction Company, Inc. as a party defendant is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED THAT plaintiff's motion to amend its complaint shall be and is hereby granted, and plaintiff shall be allowed to file the proposed first amended complaint attached to its motion to amend.

_____
~~J. Daniel Breen~~  Magistrate
UNITED STATES ~~DISTRICT~~ JUDGE

Date: September 26, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02980 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

S. Leo Arnold
ASHLEY ASHLEY & ARNOLD
322 Church Street
Dyersburg, TN 38025

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dean White
2027 Broadway
Cape Girardeau, MO 63702

Honorable J. Breen
US DISTRICT COURT