IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 NOV 22 PM 4: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

THE UNITED STATES OF AMERICA FOR
THE USE AND BENEFIT OF UPPER
MISSOURI RIVER CORPORATION,

    Plaintiff,

vs.                                                No. 04-2980-B/V

BOONE CONSTRUCTION CO., INC. and
NORTH AMERICAN SPECIALTY
INSURANCE COMPANY and MAGRUDER
CONSTRUCTION COMPANY, INC.,

    Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Joseph A. Brannon has moved to appear pro hac vice for defendant Magruder Construction Company in this action. Mr. Brannon is licensed to practice law in the State of Missouri and is a member in good standing of the Supreme Court of the State of Missouri. For good cause shown, that motion is granted. It is hereby ordered that Joseph A. Brannon be admitted pro hac vice and may actively participate in this action before this court.

    IT IS SO ORDERED.

/s/ J. Daniel Breen
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

11/22/05
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02980 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Kristine Roberts
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

S. Leo Arnold
ASHLEY ASHLEY & ARNOLD
322 Church Street
Dyersburg, TN 38025

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Joseph A. Brannon
BRISCOE RODENBAUGH & BRANNON
423 So. Main St.
P.O. Box 446
New London, MO 63459

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Dean White
2027 Broadway
Cape Girardeau, MO 63702

Honorable J. Breen
US DISTRICT COURT