IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
UPPER MISSOURI RIVER CORPORATION,

    Plaintiff,

v.                                      No. 04-2980 B

BOONE CONSTRUCTION CO., INC. and
NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

    Defendants.

---

ORDER REMOVING FROM PENDING STATUS DOCUMENT NO. 12

---

Pending on the docket in this matter is the August 29, 2005 motion of the Plaintiff to permit it to add an additional party Defendant, Magruder Construction Company ("Magruder"), and to extend deadlines and approve a proposed amended scheduling plan (Doc. No. 12). The proposed plan was approved by the Court two days later. In addition, the relief sought with respect to Magruder was granted in an order entered by Magistrate Judge Vescovo on September 27, 2005 in which she granted the Plaintiff's September 23, 2005 motion to amend its complaint to add Magruder as a Defendant. Therefore, as the requests contained in the August 29, 2005 motion have been disposed of, the Clerk of Court is directed to remove it from pending status.

IT IS SO ORDERED this 5th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02980 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Dean White
2027 Broadway
Cape Girardeau, MO 63702

Joseph A. Brannon
BRISCOE RODENBAUGH & BRANNON
423 So. Main St.
P.O. Box 446
New London, MO 63459

Kristine L. Roberts
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

S. Leo Arnold
ASHLEY ASHLEY & ARNOLD
322 Church Street
Dyersburg, TN 38025

Honorable J. Breen
US DISTRICT COURT